UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE SOTO,

                Plaintiff,

        v.

CONSOLIFI, LLC,

                Defendant.

Case No. 2:25-cv-03233-CSK

ORDER TO SHOW CAUSE REGARDING SERVICE OF PROCESS

Plaintiff Jesse Soto, who proceeds with counsel, filed a Complaint on November 6, 2025 against Defendant Consolifi, LLC. (ECF No. 1.) Plaintiff paid the filing fee and was provided a summons and initial scheduling order by the Clerk of Court.[1] (*See* ECF Nos. 1, 2, 3.) To date, the record reflects that Plaintiff has not attempted proper service on Defendant. (*See* Docket.) Federal Rule of Civil Procedure 4 requires:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

---

[1] This case was directly assigned to the undersigned pursuant to Appendix A sub. m of the Local Rules.

1

The initial scheduling order further stated, in part, that "[w]ithin 10 days after service of process on a given Defendant, Plaintiff(s) shall file a certificate stating that the Defendant was served under Rule 4." ECF No. 3 ¶ 1. Because over 90 days have passed since the filing of the Complaint and no certificate of service indicating Defendant has been properly served has been filed, the Complaint is on the verge of being dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, Plaintiff shall file a statement with the Court indicating the status of service, or any good cause for why Defendant has not been served under Rule 4 of the Federal Rules of Civil Procedure; and

2. Failure to respond to this order, or failure to show good cause for the lack of service of process, may result in dismissal of Plaintiff's case without prejudice.

Dated:  April 1, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, soto3233.25

2